IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. MELVIN,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>       Defendants.<br>_____/ | No. C 05-01697 JSW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

   This matter came before the Court for a case management conference on Friday, July 29, 2005. On April 25, 2005, this Court issued an Order setting the July 29, 2005, date for the case management conference, which requires parties and/or their lead counsel to appear. That Order also requires submission of a case management statement seven (7) days before the case management conference. Plaintiff, Ronald D. Melvin, failed to appear for that case management conference and did not file a case management conference statement.

   Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than August 12, 2005, as to why this case should not be dismissed for failure to prosecute.

   **IT IS SO ORDERED.**

Dated: July 29, 2005

                                            _____
                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE