IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD D. MELVIN,

    Plaintiff,

  v.

CITY & COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

                                                                 /

No. C 05-01697 JSW

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

      This matter came before the Court for a case management conference on Friday, July 29, 2005. On April 25, 2005, this Court issued an Order setting the July 29, 2005, date for the case management conference, which requires parties and/or their lead counsel to appear. That Order also requires submission of a case management statement seven (7) days before the case management conference. Plaintiff, Ronald D. Melvin, failed to appear for that case management conference and did not file a case management conference statement.

      Accordingly, Plaintiff on July 29, 2005, this Court issued an Order to Show Cause in writing no later than August 12, 2005, as to why this case should not be dismissed for failure to prosecute. Having failed to receive a response, the Court HEREBY DISMISSES the matter with leave to amend for failure to prosecute.

      **IT IS SO ORDERED.**

Dated: August 15, 2005

                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE